USDC SCAN INDEX SHEET










```
MEG    7/24/98    14:26
3:98-M -01914   USA V. DUNCAN
*1*
*CRCMP.*
```

FILED
JUL 23 1998
CLERK, U.S. DISTRICT C...

CLOSED

**Affidavit in Lieu of Complaint**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate's Docket No. _____ 98mg1914
Case No. _____

The accused __JEFFREY DUNCAN_____, now presented before the Honorable Louisa S. Porter, United States Magistrate Judge, for arraignment and fixing of bail, has been charged before a United States Magistrate Judge in the _____ District of South Dakota at Sioux Falls, South Dakota, on January 23, 1998 _____, with the offense that on or about November 30, 1996,
(Offense date)
at _____ in violation of United States Code,
(Place of offense)
Title __18__, Section(s) __228__, the accused _____
Child Support Recovery Act
(Brief statement of offense charged)

_____

_____

and a warrant for his arrest was issued on __01/30/98__.

Bond in the sum of $5,000 unsecured bond has been recommended by an Assistant United States Attorney in the district in which the charges are pending.

DATED: 7/22/98

_____
Affiant
Special Agent, Federal Bureau of Investigation
Title

Lodged with me this __22__ day of __JULY__, 19__98__, in lieu of certified copy of complaint against the accused.

_____
LOUISA S. PORTER
United States Magistrate Judge

YES/ves/ccb 062292

FILED

JAN 30 1998

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

CLERK

---

UNITED STATES OF AMERICA,           CR. 98-40011-01

    Plaintiff,                      **INFORMATION**

vs.                                 Failure to Pay Legal Child
                                    Support Obligations
JEFFREY C. DUNCAN,
                                    18 U.S.C. § 228
    Defendant.

---

The Assistant United States Attorney charges and informs the Court:

From on or about November 30, 1996, and continuing to the date of the filing of this Information at Sioux Falls, in the District of South Dakota, the defendant, Jeffrey C. Duncan, who resides in a different state with respect to his child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Third Judicial Circuit Court of Brookings County, South Dakota, and which obligation has remained unpaid for more than one year and is in an amount greater than $5,000, all in violation of 18 U.S.C. § 228.

Dated this 23 day of January, 1998.

        KAREN E. SCHREIER
        United States Attorney

        JOHN J. ULRICH
        Assistant United States Attorney
        P.O. Box 5073
        Sioux Falls, SD 57117-5073
        (605) 330-4400

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,  CR._____

        Plaintiff,

vs.  STATEMENT OF PROBABLE CAUSE

JEFFREY C. DUNCAN,

        Defendant.

---

STATE OF SOUTH DAKOTA)
               :SS
COUNTY OF MINNEHAHA)

    The affiant, being duly sworn, states the following:

    1.  My name is John J. Ulrich. I am an Assistant United States Attorney with the United States Department of Justice. I have been an Assistant United States Attorney for over 20 years.

    2.  Due to my responsibilities as an Assistant United States Attorney, I am familiar with the Child Support Recovery Act of 1992; 18 U.S.C. § 228. I have received instruction from the Department of Justice regarding this statute.

    3.  The information provided in this statement is derived from my own personal knowledge and observations, and information received from the South Dakota Department of Social Services.

    4.  As to the charge contained in the Information, a review of the records received from the South Dakota Department of Social Services reveals that the defendant is required by law to pay child support payments for his child, who resides in the State of South Dakota. Further, the records reveal that the defendant has an arrearage in child support obligations which has remained unpaid

for longer than one year or is in an amount greater than $5,000. Specifically, in the instant case, the South Dakota Department of Social Service's file indicates that the occupation of the defendant is construction, and that he currently resides in the state of California. As of November 30, 1996, defendant has failed to pay past due court-ordered child support, which is in arrears and which in the past had been, in part, paid for his child and was ordered by the Order dated October 20, 1994, by the Third Judicial Circuit Court, Brookings County, South Dakota. The total amount of child support arrearage is $14,124. As of January 1, 1998, the South Dakota Department of Social Services believed that the last known address of defendant to be: 13023 Ashgate Dr., Poway, California.

5. 18 U.S.C. § 228 states that a past due child support obligation that has remained unpaid for longer than one year, or is greater than $5,000, is punishable, in the case of a first offense, by fine and imprisonment for not more than six months and restitution. The elements of the offense regarding 18 U.S.C. § 228 require that the United States prove that the defendant:

1. Has the ability to pay;
2. Did willfully fail to pay;
3. Has a known past due (child) support obligation;
4. Said obligation has remained unpaid for longer than one year or is in an amount greater than $5,000;
5. Said obligation is for a child who resides in another state.

I declare under penalty of perjury that the foregoing is true and correct.

-2-

Dated this _23_ day of January, 1998.

                          KAREN E. SCHREIER
                          United States Attorney

                          JOHN J. ULRICH
                          Assistant United States Attorney
                          P.O. Box 5073
                          Sioux Falls, SD 57117-5073
                          (605) 330-4400

Subscribed and sworn to before me
this _23_ day of January, 1998.

_____
Notary Public - South Dakota

My Commission Expires: _5-20-01_

(SEAL)

-3-

# United States District Court

### District of South Dakota
### Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JEFFREY C. DUNCAN<br>13023 Ashgate Dr.<br>Poway, CA 92064-5830 | **WARRANT FOR ARREST**<br><br>Case Number: CR98-40011-01 |

To:  The United States Marshal
     and any authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JEFFREY C. DUNCAN** and bring him or her forthwith to the nearest magistrate to answer a(n)

[] Indictment   [X] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

Charging him or her with

Failure to Pay Legal Child Support Obligations

in violation of 18 U.S.C. § 228

| Denae L. Swenson | Deputy Clerk |
|---|---|
| Name of issuing Officer | Title of issuing Officer |
| *[signature]* | 1/30/98 - Sioux Falls, SD |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   By _____
                                            Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

FILED
JAN 30 1998

CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,   CR. 98-40011-01

        Plaintiff,   ORDER FOR ISSUANCE OF
                          WARRANT OF ARREST
vs.

JEFFREY C. DUNCAN,

        Defendant.

---

The Court having reviewed the Information with attached Statement of Probable Cause, and probable cause appearing, it is hereby

ORDERED that the Clerk of Court shall issue a warrant of arrest for the defendant in the above-entitled matter.

Dated this 30 day of January, 1998.

                          BY THE COURT:

                          MARK F. MARSHALL
                          U.S. Magistrate Court Judge

ATTEST:
JOSEPH HAAS, Clerk
By _____ Deputy
(SEAL)

## Magistrate Information Sheet

1. Dis. Auth _____ 1A. USAO # _____ Ct.# _____ Agency # _____   2. Hg. Date _____
3. AUSA _Ulrich_  4. Mag. _____  5. Mat.Wit.: Cust: NO.  Arraign M/W  Release M/W  Other

Def. # __1__ of ___  6. Def Name: _Jeffrey Duncan_  Soc.Sec.# _____
   Alias: _____  Birth Date _____
   Address: _Donovan_

7. Flip? Yes No Charges _____   8. Arrest Date _____

Penalties _____
Agents _____  Phone #: _____   Place of Arrest: _____
Agency _____   Date Committed: _____
                Program Category: _____

9. Custody? Yes No   10. Citizenship? U.S. Mex. Other _____

11. INS Status: Res Bcc Illegal Other _____
Prior Deports: _____   Prior VR's _____
Prior Record: _____

Drug Usage: _____   How Evidenced? _____
Cash on Def. $ _____  Other Evidence _____

Agents Fact Summary:

Misd. Information —
Failure to Pay Legal Child
Support Obligations
(18 U.S.C. §228)

8/10/98
3pm
Magistrate
Mark Marshall
4000 S. Phillips Avenue
Sioux Falls, SD
57117

Agents Bail Info (Employment, Family, Etc.) $1000 unsecured

Vehicle Seized (Describe) _____   Mat/Wit Atty: _____
12. Def. Atty: Apptd. Rtd. To Retain   13. Def. Atty. Name _____
14. Plea: Guilty Count _____ NG Nolo   15. RCD? Yes No  16. Sent.
Con't Sent _____  16A. S.A. $ _____   17. Dism? Ct. Govt.
18. Next Court for _____  19. Date _____  20. Time _____ and for _____ on _____ at _____
21. Bond Set _____
                          Conditions _____
22. Pers Info _____
23. Sentencing Guidelines: _____
24. Potential Forfeitures _____

Gov't Sent Recommendation: _____
Defendant's Sent Recommendation: _____
Probation Dept Recommendation: _____

Rev: 8/90  # (605) 357-0664 (Rose)
* iaf
* South Dakota